# COMPLAINT

# EXHIBIT 1



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
2013 6182

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

May 29, 2014

Mr. Robert E. Moss
c/o Karen G. Shropshire, Esquire
Law Offices of Greer, Scott, et al.
6363 Woodway Drive
Suite 810
Houston, TX   77057

Re: EEOC Charge Against Harris County, et al.
    No. 460201400123

Dear Mr. Moss:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action against the above-named respondent under:

Title I of the Americans with Disabilities Act of 1990,
42 U.S.C. 12111, et seq., and,
Title V, Section 503 of the Act, 42 U.S.C. 12203.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Houston District Office, Houston, TX.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Jocelyn Samuels
Acting Assistant Attorney General
Civil Rights Division

by *[signature]*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Houston District Office, EEOC
    Harris County, et al.

REC'D JUN 04 2014