# COMPLAINT

# EXHIBIT 3

**John P. Mustachio**
**Attorney & Counselor at Law**
**1932 Bissonnet Street**
**Houston, Texas 77005**
**(713) 526 4433**

**March 25, 2013**

**Constable Allen Rosen**
**Precinct One**
**Harris County Texas**
**Houston Texas 77002**

**Re: Proposal for retirement of Deputy Robert Moss**

**Dear Constable Rosen:**

It has been a great honor to have served Harris County Texas as a deputy county constable for the last sixteen and one-half years.

My life has reached the point where it is proper that I offer to retire. I ask that the effective date of my retirement be May 31, 2013. This will provide sufficient time for both the office and for me to make proper provision for a smooth transition.

You shall have my full cooperation to make this transition a positive one for the office.

There are decisions and arrangements which I must make to care for my family and my own health and maintenance which require this particular effective date.

I have had a wonderful career with the County and will do anything I can for the future success of the office.

_Robert Moss_