# COMPLAINT

# EXHIBIT 4



# CONSTABLE ALAN ROSEN
## PRECINCT NUMBER ONE
### HOUSTON HARRIS COUNTY, TEXAS

MAIN OFFICE:  Annex # 2
1302 Preston, 3rd Floor
Houston, TX  77002
(713) 755-5200

ANNEX OFFICE: County Courthouse #31
7300 N. Shepherd, Suite 120
Houston, TX  77091
(713) 697-3600    FAX (713) 697-3649

CERTIFIED MAIL, 70060810000383203007
RETURN RECEIPT REQUESTED
REGULAR MAIL
HAND DELIVERY
VIA EMAIL TO robert.moss@cn1.hctx.net

April 16, 2013

Deputy Robert Moss
10615 Psencik
Richmond, TX 77469

Dear Deputy Moss,

Thank you for your years of dedicated service to the Office of Harris County Constable Precinct One.  It is my understanding that you have exhausted all of your FMLA comp time, sick time, vacation time and all other acquired time.  Because you have no more available leave from work, your employment is terminated, effective immediately.

I wish you the best of luck in all of your future endeavors.

Respectfully,

Alan Rosen, Constable
Harris County Precinct One