# COMPLAINT

# EXHIBIT 5

# NOTIFICATION OF EARNINGS

## IT IS THE RESPONSIBILITY OF EACH EMPLOYEE TO VERIFY THAT FUNDS HAVE BEEN DEPOSITED INTO THE CORRECT ACCOUNT

MOSS, ROBERT E.
10615 PSENCIK
RICHMOND                    TX 77469

**NON-NEGOTIABLE**
Dept:301
Ck Dist Cd:001

---

**Harris County Statement of Earnings, Deductions and Leave Hours**

**Date Paid** 4/26/2013   **Period Dates** 4/6/2013 - 4/19/2013
**Hourly Rate** 26.87   **Fed Filing Status** X   **Allowances** 0   **Add'l W/H** .00   **Doc #** 6027136

| Acct | Amt | Acct | Amt | Acct | Amt |
|---|---|---|---|---|---|
| ****6450 | 551.01 | | | | |

---

| | BEG BAL | EARNED | USED | END BAL | | USED |
|---|---|---|---|---|---|---|
| COMP TIME HOURS | 21.0 | | 21.0 | | JURY/WITNESS DUTY | |
| VACATION HOURS | 6.0 | 6.0 | 6.0 | 6.0 * | DOCKED TIME | 24.0 |
| FLOATING HOLIDAY | | | | | DOCKED WORKERS COMP HOURS | |
| MILITARY DUTY | 120.0 | | | 120.0 | UNPAID LEAVE | |
| FMLA | | | | | ALL HOURS PAID | |
| SICK LEAVE HOURS | 4.4 | 1.2 | 4.4 | 1.2 | HOLIDAY HOURS | |
| WORKERS COMP | | | | | FAMILY SICK TIME | |
| * Maximum Vacation Balance Allowed is | 232.0 | | | | FURLOUGH HOURS | |
| | | | | | SPECIAL OVERTIME HOURS | |
| | | | | | SPECIAL HOLIDAY WORKED HOURS | |
| | | | | | FUNERAL LEAVE | |
| | | | | | STATE MILITARY LEAVE | |

---

| Employee Earnings | Hrs Paid | Current | YTD | Employee Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| SALARY | 31.4 | 843.72 | 18,040.52 | FICA | 56.39 | 1,203.99 |
| LONGEVITY | | 14.51 | 300.91 | MEDICARE | 13.19 | 281.57 |
| CAR ALLOWANCE | | 79.61 | 451.15 | FEDERAL INCOME TAX | 122.11 | 3,229.49 |
| EDUC CERTIFICATE | | 90.59 | 1,936.99 | TCDRS RETIREMENT DED | 63.07 | 1,272.87 |
| CLOTHING ALLOWANCE | | 9.08 | 194.04 | DENTAL PPO PRETAX | 5.33 | 42.64 |
| EQUIPMENT ALLOWANCE | | 13.60 | 290.72 | TERM LIFE ADDL PRETA | 13.97 | 111.80 |
| IMPUTED INCOME | | 94.60 | 94.60 | PLUS PRETAX MEDICAL | 216.39 | 1,731.16 |
| | | | | LT DISAB | 9.12 | 73.00 |
| | | | | VISION PRETAX | .53 | 4.28 |
| | | | | HC DEPUTIES ORG | | 105.00 |
| | | | | CLTN PLICE/SHRIF INC | | 95.85 |
| | | | | H.C. FED CR. UNION | | 930.00 |

---

| | Taxable | FICA | Earnings | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current Totals:** | 846.42 | 909.49 | 1,145.71 | 500.10 | 551.01 |
| **Year to Date Totals:** | 18,146.18 | 19,419.05 | 21,308.93 | 9,081.65 | 12,227.28 |

Back