# COMPLAINT

# EXHIBIT 6

# NOTIFICATION OF EARNINGS

## IT IS THE RESPONSIBILITY OF EACH EMPLOYEE TO VERIFY THAT FUNDS HAVE BEEN DEPOSITED INTO THE CORRECT ACCOUNT

MOSS, ROBERT E.
10615 PSENCIK
RICHMOND        TX 77469

**NON-NEGOTIABLE**
Dept:301
Ck Dist Cd:001

---

**Harris County Statement of Earnings, Deductions and Leave Hours**

**Date Paid** 5/10/2013    **Period Dates** 4/20/2013 - 5/3/2013

**Fed Filing Status** X    **Allowances** 0    **Add'l W/H** .00      **Doc #** 6042227

| Acct | Amt | Acct | Amt | Acct | Amt |
|------|-----|------|-----|------|-----|
| | 141.22 | | | | |

---

| | BEG BAL | EARNED | USED | END BAL | | USED |
|---|---|---|---|---|---|---|
| COMP TIME HOURS | | | | | JURY/WITNESS DUTY | |
| VACATION HOURS | | | | * | DOCKED TIME | |
| FLOATING HOLIDAY | | | | | DOCKED WORKERS COMP HOURS | |
| MILITARY DUTY | 120.0 | | | 120.0 | UNPAID LEAVE | |
| FMLA | | | | | ALL HOURS PAID | |
| SICK LEAVE HOURS | 1.2 | | | 1.2 | HOLIDAY HOURS | |
| WORKERS COMP | | | | | FAMILY SICK TIME | |
| * Maximum Vacation Balance Allowed is | 232.0 | | | | FURLOUGH HOURS | |
| | | | | | SPECIAL OVERTIME HOURS | |
| | | | | | SPECIAL HOLIDAY WORKED HOURS | |
| | | | | | FUNERAL LEAVE | |
| | | | | | STATE MILITARY LEAVE | |

---

| Employee Earnings | Hrs Paid | Current | YTD | Employee Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| SALARY | | | 18,040.52 | FICA | 10.00 | 1,213.99 |
| LONGEVITY | | | 300.91 | MEDICARE | 2.34 | 283.91 |
| CAR ALLOWANCE | | | 451.15 | FEDERAL INCOME TAX | 7.66 | 3,237.15 |
| EDUC CERTIFICATE | | | 1,936.99 | TCDRS RETIREMENT DED | | 1,272.87 |
| CLOTHING ALLOWANCE | | | 194.04 | PLUS PRETAX MEDICAL | | 1,731.16 |
| EQUIPMENT ALLOWANCE | | | 290.72 | DENTAL PPO PRETAX | | 42.64 |
| IMPUTED INCOME | | | 94.60 | VISION PRETAX | | 4.28 |
| TERMINATION FINAL | | 161.22 | 161.22 | TERM LIFE ADDL PRETA | | 111.80 |
| | | | | LT DISAB | | 73.00 |
| | | | | HC DEPUTIES ORG | | 105.00 |
| | | | | CLTN PLICE/SHRIF INC | | 95.85 |
| | | | | H.C. FED CR. UNION | | 930.00 |

---

| | Taxable | FICA | Earnings | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current Totals:** | 161.22 | 161.22 | 161.22 | 20.00 | 141.22 |
| **Year to Date Totals:** | 18,307.40 | 19,580.27 | 21,470.15 | 9,101.65 | 12,368.50 |

Back