# COMPLAINT

# EXHIBIT 7

# Texas Commission on Law Enforcement
# Officer Standards and Education

6330 E. HIGHWAY 290, SUITE 200

AUSTIN, Texas 78723-1035

(512) 936-7700

http://www.tcleose.state.tx.us

## SEPARATION OF LICENSEE (F-5)

### LICENSEE INFORMATION (Occupations Code 1701.452)

| 1. First Name | 2.M.I. | 3. Last Name (If name has changed, complete name change form) | 4. Suffix (Jr., etc.) |
|---|---|---|---|
| ROBERT | E | MOSS | |

| 5. TCLEOSE PID | 6. Date of Birth | 7. Home or Permanent Mailing Address |
|---|---|---|
| 35716 | 5/3/1955 | 10615 Psencik |

| 8. City | 9. State | 10. Zip Code | 11. Phone Number |
|---|---|---|---|
| Richmond | TX | 77469 | |

### 12. APPOINTMENT(s)  (Check all that apply)

[X] Peace Officer          [ ] Reserve (licensed reserve or conditional only)          [ ] County/Contract Jailer

[ ] Public Security Officer          [ ] Medical Corporation P.O.

| 13. TCLEOSE Agency Number | 14. Appointing Agency |
|---|---|
| 201101 | HARRIS CO. CONST. PCT. 1 |

### 15. DESIGNATION OF SEPARATION:  (Check only one).

Report must be submitted not later than the seventh business day after the date the license holder:

(1) resigns, retires, or separates from the agency; or
(2) exhausts all administrative appeals available to the license holder if the license holder was terminated based on an allegation of misconduct.
Occupations Code 1701.452(a)(1)(2)).

16. Date Appointed:    1/6/1997          17. Date of Separation:    4/16/2013

[ ] **Honorably Discharged**

Retired, resigned, or separated from employment with or died while employed by a law enforcement agency while in good standing and not because of pending or final disciplinary actions or a documented performance problem.

[X] **General Discharge**

(A) was terminated by, retired or resigned from, or died while in the employ of a law enforcement agency and the separation was related to a disciplinary investigation of conduct that is not included in the definition of dishonorably discharged; or
(B) was terminated by or retired or resigned from a law enforcement agency and the separation was for a documented performance problem and was not because of a reduction in workforce or an at-will employment decision.

[ ] **Dishonorably Discharged**

(A) was terminated by a law enforcement agency or retired or resigned in lieu of termination by the agency in relation to allegations of criminal misconduct; or
(B) was terminated by a law enforcement agency or retired or resigned in lieu of termination by the agency for insubordination or untruthfulness.

18. I, chief administrator or designees, attest that this is a true and accurate explanation of the circumstances under which this person resigned or was terminated.

A copy of this F-5 was provided to the person as required by Occupations Code 1701.452(d), in 7 business days by:

[ ] Hand delivery on _____          [X] Certified mail on    5/3/2013
                          Date                                                    Date

KEVIN MAPLES                                             _____    5-3-13
Agency Administrator or Designee (Type or Print)                Signature              Date