# COMPLAINT

# EXHIBIT 8

# GREER & SHROPSHIRE, L.L.P.

A LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW

Houston Office
50 Briar Hollow Lane, Suite 310 East
Houston, Texas 77027
(713) 223-0175
Fax: (713) 223-0174

Dallas Office
8117 Preston Road, Suite 300
Dallas, Texas 75225
(214) 706-9250
Fax: (214) 706-9251

May 29, 2013

Hon. Ed Emmett                    *Via Certified Mail RRR*
Harris County Judge
1001 Preston, Suite 911
Houston, Texas 77002

Re:    Robert E. Moss; Separation of Licensee (F-5)

Dear Judge Emmett:

This firm represents Robert E. Moss in connection with his separation of employment as a Deputy for Harris County Constable Precinct 1, a position to which he was appointed from January 6, 1997 until April 16, 2013. Deputy Moss' previous work history includes employment by the Houston Police Department as a police officer.

The Separation of Licensee (F-5) agreement signed by Kevin Maples (please see enclosed) states an incorrect reason for Deputy Moss' separation of employment, as the stated reason checked is "General Discharge" rather than "Honorably Discharged." Please note that Deputy Moss' separation was not related to a disciplinary investigation of conduct or for a documented performance problem as indicated in the "General Discharge" separation definition. According to the enclosed April 16, 2013 letter from Alan Rosen, Constable, Harris County Precinct One, Deputy Moss was terminated "because" he had exhausted his medical leave. As stated in Deputy Moss' enclosed March 25, 2013 letter, he had given notice that he was retiring at the end of his medical leave. Per Constable Rosen's predecessor, Constable Kenneth Berry, there have never been any IAD files on Deputy Moss. Please see Constable Berry's enclosed October 18, 2012 letter.

Page 2
Hon. Ed Emmett
RE: Robert E. Moss
May 29, 2013

Please correct the records pertaining to Deputy Moss' separation of employment and issue a corrected F-5 form. Although Deputy Moss has had a long and distinguished career working as a dedicated public employee, the current record indicating that Deputy Moss' separation was due to a reason other than an honorable discharge is contrary to the facts and can impact his ability to obtain future employment.

Thank you in advance to your prompt attention to this matter.

Very truly yours,

Karen Shropshire

Karen G. Shropshire

KGS/ls
Enclosures

cc:     Alan Rosen                                    *Via Certified Mail RRR*
        Harris County Constable, Precinct 1
        1302 Preston, 3rd Floor
        Houston, Texas 77002

        Mr. Doug Staudt                               *Via Certified Mail RRR*
        Texas Commission on Law Enforcement
        Officer Standards and Education
        6330 E. Highway 290, Suite 200
        Austin, Texas 78723-2035

# Texas Commission on Law Enforcement
## Officer Standards and Education

6330 E. HIGHWAY 290, SUITE 200

AUSTIN, Texas 78723-1035

(512) 936-7700

http://www.tcleose.state.tx.us

## SEPARATION OF LICENSEE (F-5)

### LICENSEE INFORMATION (Occupations Code 1701.452)

| 1. First Name | 2.M.I. | 3. Last Name (If name has changed, complete name change form) | 4. Suffix (Jr., etc.) |
|---|---|---|---|
| ROBERT | B | MOSS | |

| 5. TCLEOSE PID | 6. Date of Birth | 7. Home or Permanent Mailing Address | |
|---|---|---|---|
| 35716 | 5/3/1955 | 10615 Psencik | |

| 8. City | 9. State | 10. Zip Code | 11. Phone Number |
|---|---|---|---|
| Richmond | TX | 77469 | |

### 12. APPOINTMENT(s)  (Check all that apply)

[X] Peace Officer          [ ] Reserve (licensed reserve or conditional only)          [ ] County/Contract Jailer

[ ] Public Security Officer          [ ] Medical Corporation P.O.

| 13. TCLEOSE Agency Number | 14. Appointing Agency |
|---|---|
| 201101 | HARRIS CO. CONST. PCT. 1 |

### 15. DESIGNATION OF SEPARATION:  (Check only one).

Report must be submitted not later than the seventh business day after the date the license holder:

(1) resigns, retires, or separates from the agency; or

(2) exhausts all administrative appeals available to the license holder if the license holder was terminated based on an allegation of misconduct. Occupations Code 1701.452(a)(1)(2)).

16. Date Appointed:    1/6/1997          17. Date of Separation:    4/16/2013

[ ] **Honorably Discharged**

Retired, resigned, or separated from employment with or died while employed by a law enforcement agency while in good standing and not because of pending or final disciplinary actions or a documented performance problem.

[X] **General Discharge**

(A) was terminated by, retired or resigned from, or died while in the employ of a law enforcement agency and the separation was related to a disciplinary investigation of conduct that is not included in the definition of dishonorably discharged; or

(B) was terminated by or retired or resigned from a law enforcement agency and the separation was for a documented performance problem and was not because of a reduction in workforce or an at-will employment decision.

[ ] **Dishonorably Discharged**

(A) was terminated by a law enforcement agency or retired or resigned in lieu of termination by the agency in relation to allegations of criminal misconduct; or

(B) was terminated by a law enforcement agency or retired or resigned in lieu of termination by the agency for insubordination or untruthfulness.

18. I, chief administrator or designees, attest that this is a true and accurate explanation of the circumstances under which this person resigned or was terminated.

A copy of this F-5 was provided to the person as required by Occupations Code 1701.452(d), in 7 business days by:

[ ] Hand delivery on _____ Date          [X] Certified mail on    5/3/2013 _____ Date

KEVIN MAPLES

Agency Administrator or Designee (Type or Print)

Signature          5-3-13    Date

Separation of Licensee F-5 9.1.2011          Page 1 of 1



# CONSTABLE ALAN ROSEN
## PRECINCT NUMBER ONE
### HOUSTON HARRIS COUNTY, TEXAS

MAIN OFFICE: Annex # 2
1302 Preston, 3rd Floor
Houston, TX 77002
(713) 755-5200

ANNEX OFFICE: County Courthouse #31
7300 N. Shepherd, Suite 120
Houston, TX 77091
(713) 697-3600    FAX (713) 697-3649

CERTIFIED MAIL, 70060810000383203007
RETURN RECEIPT REQUESTED
REGULAR MAIL
HAND DELIVERY
VIA EMAIL TO robert.moss@cn1.hctx.net

April 16, 2013

Deputy Robert Moss
10615 Psencik
Richmond, TX 77469

Dear Deputy Moss,

Thank you for your years of dedicated service to the Office of Harris County Constable Precinct One. It is my understanding that you have exhausted all of your FMLA comp time, sick time, vacation time and all other acquired time. Because you have no more available leave from work, your employment is terminated, effective immediately.

I wish you the best of luck in all of your future endeavors.

Respectfully,

Alan Rosen, Constable
Harris County Precinct One

John P. Mustachio
Attorney & Counselor at Law
1932 Bissonnet Street
Houston, Texas 77005
(713) 526 4433

March 25, 2013

Constable Allen Rosen
Precinct One
Harris County Texas
Houston Texas 77002

Re: Proposal for retirement of Deputy Robert Moss

Dear Constable Rosen:

It has been a great honor to have served Harris County Texas as a deputy county constable for the last sixteen and one-half years.

My life has reached the point where it is proper that I offer to retire. I ask that the effective date of my retirement be May 31, 2013. This will provide sufficient time for both the office and for me to make proper  provision for a smooth transition.

You shall have my full cooperation to make this transition a positive one for the office.

There are decisions and arrangements which I must make to care for my family and my own health and maintenance which require this particular effective date.

I have had a wonderful career with the County and will do anything I can for the future success of the office.

**KENNETH W. BERRY , CONSTABLE**
**PRECINCT NUMBER ONE**
**HARRIS COUNTY, TEXAS**

MAIN OFFICE: 1302 Preston, 3rd Flr
P.O.BOX 52578
HOUSTON, TEXAS 77052-2578
(713) 755-5200 – FAX (713) 755-8951

ANNEX OFFICE: County Courthouse #31
7300 N. SHEPHERD #120
HOUSTON, TEXAS 77091
(713) 697-3600 – FAX (713) 697-3649

TO:        Robert Moss, Deputy

FROM:      Constable Kenneth Berry

RE:        IAD Files

Per Captain Scott on this date, October 18, 2012, there are no and have never been any IAD files on Deputy Robert Moss.

Constable Kenneth Berry