# COMPLAINT

# EXHIBIT 9

# Robert Moss (F-5)

**Turner, Nick (HCTRA) [Nick.Turner@hctra.org]**
**Sent:** Friday, September 27, 2013 8:28 AM
**To:**   Karen Shropshire

Karen:

This is a follow up to our telephone conversation last week.  Robert Moss was not terminated because of any pending investigation.  He was terminated under section (B) of "General Discharge."  That section is for termination for a documented performance problem.  The termination letter says, "Because you have no more available leave from work, your employment is terminated, effective immediately."  Unexcused absences from work are performance problems.

Precinct 1 is not willing to change the F-5 without a settlement agreement that contains release language.  Since Mr. Moss claims he has been defamed or otherwise injured, it wouldn't make sense to unilaterally modify the F-5.

Please advise.


Nick Turner
713.587.7971