# COMPLAINT

# EXHIBIT 10

# NOTIFICATION OF EARNINGS

## IT IS THE RESPONSIBILITY OF EACH EMPLOYEE TO VERIFY THAT FUNDS HAVE BEEN DEPOSITED INTO THE CORRECT ACCOUNT

MOSS, ROBERT E.
10615 PSENCIK
RICHMOND                TX 77469

**NON-NEGOTIABLE**
Dept:301
Ck Dist Cd:001

---

**Harris County Statement of Earnings, Deductions and Leave Hours**

**Date Paid** 3/15/2013    **Period Dates** 2/23/2013 - 3/8/2013

**Hourly Rate** 26.87    **Fed Filing Status** X    **Allowances** 0    **Add'l W/H** 25.00    **Doc #** 5981760

| Acct | Amt | Acct | Amt | Acct | Amt |
|---|---|---|---|---|---|
| *****6450 | 1,518.46 | | | | |

---

| | BEG BAL | EARNED | USED | END BAL | | USED |
|---|---|---|---|---|---|---|
| COMP TIME HOURS | 141.0 | | 80.0 | 61.0 | JURY/WITNESS DUTY | |
| VACATION HOURS | 82.0 | 6.0 | | 88.0 * | DOCKED TIME | |
| FLOATING HOLIDAY | 8.0 | | | 8.0 | DOCKED WORKERS COMP HOURS | |
| MILITARY DUTY | 120.0 | | | 120.0 | UNPAID LEAVE | |
| FMLA | 184.0 | | 80.0 | 104.0 | ALL HOURS PAID | |
| SICK LEAVE HOURS | 3.4 | 3.0 | | 6.4 | HOLIDAY HOURS | |
| WORKERS COMP | | | | | FAMILY SICK TIME | |
| * Maximum Vacation Balance Allowed is | 232.0 | | | | FURLOUGH HOURS | |
| | | | | | SPECIAL OVERTIME HOURS | |
| | | | | | SPECIAL HOLIDAY WORKED HOURS | |
| | | | | | FUNERAL LEAVE | |
| | | | | | STATE MILITARY LEAVE | |

---

| Employee Earnings | Hrs Paid | Current | YTD | Employee Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| SALARY | 80.0 | 2,149.60 | 12,897.60 | FICA | 155.27 | 855.33 |
| LONGEVITY | | 36.96 | 212.48 | MEDICARE | 36.31 | 200.03 |
| CAR ALLOWANCE | | 265.38 | 371.54 | FEDERAL INCOME TAX | 432.22 | 2,308.62 |
| EDUC CERTIFICATE | | 230.80 | 1,384.80 | TCDRS RETIREMENT DED | 164.43 | 912.78 |
| CLOTHING ALLOWANCE | | 23.12 | 138.72 | H.C. FED CR. UNION | 155.00 | 930.00 |
| EQUIPMENT ALLOWANCE | | 34.64 | 207.84 | LT DISAB | 9.12 | 54.75 |
| | | | | HC DEPUTIES ORG | 17.50 | 105.00 |
| | | | | CLTN PLICE/SHRIF INC | 15.9795 | .85 |
| | | | | VISION PRETAX | .53 | 3.21 |
| | | | | DENTAL PPO PRETAX | 5.33 | 31.98 |
| | | | | TERM LIFE ADDL PRETA | 13.9783 | .85 |
| | | | | PLUS PRETAX MEDICAL | 216.39 | 1,298.37 |

---

| | Taxable | FICA | Earnings | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current Totals:** | 2,339.85 | 2,504.28 | 2,740.50 | 1,222.04 | 1,518.46 |
| **Year to Date Totals:** | 12,882.79 | 13,795.57 | 15,212.98 | 6,879.77 | 8,333.21 |

**Back**

http://www.harriscountytx.gov/employee/PayStubA.asp

3/23/2013

# NOTIFICATION OF EARNINGS

## IT IS THE RESPONSIBILITY OF EACH EMPLOYEE TO VERIFY THAT FUNDS HAVE BEEN DEPOSITED INTO THE CORRECT ACCOUNT

MOSS, ROBERT E.
10615 PSENCIK
RICHMOND                    TX 77469

**NON-NEGOTIABLE**
Dept:301
Ck Dist Cd:001

---

### Harris County Statement of Earnings, Deductions and Leave Hours

**Date Paid**  3/15/2013    **Period Dates**   2/23/2013 - 3/8/2013

**Hourly Rate**  26.87    **Fed Filing Status**  X    **Allowances** 0    **Add'l W/H**   25.00    **Doc #**   5981760

| Acct | Amt | Acct | Amt | Acct | Amt |
|------|-----|------|-----|------|-----|
| *****6450 | 1,518.46 | | | | |

---

| | BEG BAL | EARNED | USED | END BAL | | USED |
|---|---|---|---|---|---|---|
| COMP TIME HOURS | 141.0 | | 80.0 | 61.0 | JURY/WITNESS DUTY | |
| VACATION HOURS | 82.0 | 6.0 | | 88.0 * | DOCKED TIME | |
| FLOATING HOLIDAY | 8.0 | | | 8.0 | DOCKED WORKERS COMP HOURS | |
| MILITARY DUTY | 120.0 | | | 120.0 | UNPAID LEAVE | |
| FMLA | 184.0 | | 80.0 | 104.0 | ALL HOURS PAID | |
| SICK LEAVE HOURS | 3.4 | 3.0 | | 6.4 | HOLIDAY HOURS | |
| WORKERS COMP | | | | | FAMILY SICK TIME | |
| * Maximum Vacation Balance Allowed is | 232.0 | | | | FURLOUGH HOURS | |
| | | | | | SPECIAL OVERTIME HOURS | |
| | | | | | SPECIAL HOLIDAY WORKED HOURS | |
| | | | | | FUNERAL LEAVE | |
| | | | | | STATE MILITARY LEAVE | |

---

| Employee Earnings | Hrs Paid | Current | YTD | Employee Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| SALARY | 80.0 | 2,149.60 | 12,897.60 | FICA | 155.27 | 855.33 |
| LONGEVITY | | 36.96 | 212.48 | MEDICARE | 36.31 | 200.03 |
| CAR ALLOWANCE | | 265.38 | 371.54 | FEDERAL INCOME TAX | 432.22 | 2,308.62 |
| EDUC CERTIFICATE | | 230.80 | 1,384.80 | TCDRS RETIREMENT DED | 164.43 | 912.78 |
| CLOTHING ALLOWANCE | | 23.12 | 138.72 | H.C. FED CR. UNION | 155.00 | 930.00 |
| EQUIPMENT ALLOWANCE | | 34.64 | 207.84 | LT DISAB | 9.12 | 54.75 |
| | | | | HC DEPUTIES ORG | 17.50 | 105.00 |
| | | | | CLTN PLICE/SHRIF INC | 15.97 | 95.85 |
| | | | | VISION PRETAX | .53 | 3.21 |
| | | | | DENTAL PPO PRETAX | 5.33 | 31.98 |
| | | | | TERM LIFE ADDL PRETA | 13.97 | 83.85 |
| | | | | PLUS PRETAX MEDICAL | 216.39 | 1,298.37 |

---

| | Taxable | FICA | Earnings | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current Totals:** | 2,339.85 | 2,504.28 | 2,740.50 | 1,222.04 | 1,518.46 |
| **Year to Date Totals:** | 12,882.79 | 13,795.57 | 15,212.98 | 6,879.77 | 8,333.21 |

Back