# COMPLAINT

# EXHIBIT 11

# NOTIFICATION OF EARNINGS

## IT IS THE RESPONSIBILITY OF EACH EMPLOYEE TO VERIFY THAT FUNDS HAVE BEEN DEPOSITED INTO THE CORRECT ACCOUNT

*You can now access your Harris County earnings information online at* http://www.co.harris.tx.us/einfo.  *Your unique user id is 102738 and will be required to access your information.*

ROBERT E. MOSS
10615 PSENCIK
RICHMOND                                              TX  77469

**NON-NEGOTIABLE**

CKDIST CODE                301        001

Harris County Statement of Earnings, Deductions and Leave Hours    Date Paid 03/15/2013    Dates    2/23/2013 - 3/8/2013

MOSS, ROBERT E.                                      102738    Fed Filing Status  X   Allowances    0.00 Add'l W/H    25.00

| | Bank | Acct | Amt. | | Bank | Acct | Amt. | Doc # | |
|---|---|---|---|---|---|---|---|---|---|
| 001 | XXXXXX3471 | XXXXXX6450 | 1,518.46 | 006 | | | | | 5981760 |
| 002 | | | | 007 | | | | | |
| 003 | | | | 008 | | | | | |
| 004 | | | | 009 | | | | | |
| 005 | | | | 010 | | | | | |

| | BEG BAL | EARNED | USED | END BAL | | | USED |
|---|---|---|---|---|---|---|---|
| COMP TIME HOURS | 80.0 | | 80.0 | | JURY/WITNESS DUTY | | |
| VACATION HOURS | (6.0) | 6.0 | | * | DOCKED TIME | | |
| FLOATING HOLIDAY | | | | | DOCKED WORKERS COMP HOURS | | |
| MILITARY DUTY | 120.0 | | | 120.0 | SPECIAL OVERTIME HOURS | | |
| FMLA | 80.0 | | 80.0 | | UNPAID LEAVE | | |
| SICK LEAVE HOURS | (1.8) | 3.0 | | 1.2 | ALL HOURS PAID | | |
| FAMILY SICK TIME | | | | | SPECIAL HOLIDAY WORKED HOURS | | |
| WORKERS COMP | | | | | HOLIDAY HOURS | | |
| PERSONAL TIME | | | | | FUNERAL LEAVE | | |
| | | | | | FURLOUGH TIME | | |
| | | | | | STATE EMERG. MILLITARY LEAVE | | |

* Maximum Vacation Balance Allowed is    232   Hours    Hours Balances are as of   11/19/2013

*Hour balances and YTD amounts are as of the current date.  If you need to see hour balances or YTD amounts as of a previous date, please use the employee online website at www.harriscountytx.gov/employee

| Employee Earnings | Hrs. Paid | Current | YTD | Employee Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| SALARY | 80.0 | 2,149.60 | 18,040.52 | FICA | 155.27 | 1,213.99 |
| LONGEVITY | | 36.96 | 300.91 | MEDICARE | 36.31 | 283.91 |
| EDUCATION CERTCATE | | 230.80 | 1,936.99 | | | |
| CLOTHING ALLOWANCE | | 23.12 | 194.04 | | | |
| EQUIPMENT ALLOWANCE | | 34.64 | 290.72 | | | |
| CAR ALLOWANCE | | 265.38 | 451.15 | | | |
| FINAL BENEFIT TERM | | 0.00 | 161.22 | | | |
| | | | | FEDERAL INCOME TAX | 432.22 | 3,237.15 |
| | | | | TCDRS RETIREMENT DED | 164.43 | 1,272.87 |
| | | | | AETNA MEDICAL PLUS PRETAX | 216.39 | 1,731.16 |
| | | | | UNITED HEALTHCARE PPOP | 5.33 | 42.64 |
| | | | | BLOCK VISION PRETAX | .53 | 4.28 |
| | | | | PRUD. TERM LIFE ADD. PRETAX | 13.97 | 111.80 |
| | | | | LT DISA-CIGNA | 9.12 | 73.00 |
| | | | | LOCAL 154 AFL-CIO | 17.50 | 105.00 |
| | | | | Co. Of Police & Sheriff's, Inc | 15.97 | 95.85 |
| | | | | H.C. FEDERAL CREDIT UNION | 155.00 | 930.00 |

| | Taxable | FICA | | Earnings | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current Totals: | 2,339.85 | 2,504.28 | | 2,740.50 | 1,222.04 | 1,518.46 |
| Year To Date Totals: | 18,307.40 | 19,580.27 | | 21,470.15 | 9,101.65 | 12,368.50 |

# NOTIFICATION OF EARNINGS

## IT IS THE RESPONSIBILITY OF EACH EMPLOYEE TO VERIFY THAT FUNDS HAVE BEEN DEPOSITED INTO THE CORRECT ACCOUNT

*You can now access your Harris County earnings information online at http://www.co.harris.tx.us/einfo. Your unique user id is 102738 and will be required to access your information.*

ROBERT E. MOSS
10615 PSENCIK
RICHMOND
TX  77469

### NON-NEGOTIABLE

CKDIST CODE                301      001

Harris County Statement of Earnings, Deductions and Leave Hours

MOSS, ROBERT E.

Date Paid 01/18/2013    Dates  12/29/2012 .1/11/2013

102738    Fed Filing Status:  X    Allowances    0.00 Add'l W/H    25.00

| | Bank | Acct | Amt. | | Bank | Acct | Amt. | Doc # | 5921091 |
|---|---|---|---|---|---|---|---|---|---|
| 001 | XXXXXX3471 | XXXXXX6450 | 1,366.89 | 006 | | | | | |
| 002 | | | | 007 | | | | | |
| 003 | | | | 008 | | | | | |
| 004 | | | | 009 | | | | | |
| 005 | | | | 010 | | | | | |

| | BEG BAL | EARNED | USED | END BAL | | | USED |
|---|---|---|---|---|---|---|---|
| COMP TIME HOURS | | | | | | | |
| VACATION HOURS | (6.0) | 6.0 | | | JURY/WITNESS DUTY | | |
| FLOATING HOLIDAY | | | | * | DOCKED TIME | | |
| MILITARY DUTY | 120.0 | | | | DOCKED WORKERS COMP HOURS | | |
| FMLA | 72.0 | | 72.0 | 120.0 | SPECIAL OVERTIME HOURS | | |
| SICK LEAVE HOURS | 70.2 | 3.0 | 72.0 | 1.2 | UNPAID LEAVE | | |
| FAMILY SICK TIME | | | | | ALL HOURS PAID | | |
| WORKERS COMP | | | | | SPECIAL HOLIDAY WORKED HOURS | | |
| PERSONAL TIME | | | | | HOLIDAY HOURS | | 8.0 |
| | | | | | FUNERAL LEAVE | | |
| | | | | | FURLOUGH TIME | | |
| | | | | | STATE EMERG. MILITARY LEAVE | | |

* Maximum Vacation Balance Allowed is    232  Hours    Hours Balances are as of   11/19/2013

*Hour balances and YTD amounts are as of the current date. If you need to see hour balances or YTD amounts as of a previous date, please use the employee online website at www.harriscountytx.gov/employee*

| Employee Earnings | Hrs. Paid | Current | YTD | Employee Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| SALARY | 80.0 | 2,149.60 | 18,040.52 | FICA | 140.31 | 1,213.99 |
| LONGEVITY | | 34.64 | 300.91 | MEDICARE | 32.82 | 283.91 |
| EDUCATION CERTICATE | | 230.80 | 1,936.99 | | | |
| CLOTHING ALLOWANCE | | 23.12 | 194.04 | | | |
| EQUIPMENT ALLOWANCE | | 34.64 | 290.72 | | | |
| CAR ALLOWANCE | | 26.54 | 451.15 | | | |
| FINAL BENEFIT TERM | | 0.00 | 161.22 | | | |
| | | | | FEDERAL INCOME TAX | 375.55 | 3,237.15 |
| | | | | TCDRS RETIREMENT DED | 149.96 | 1,272.87 |
| | | | | AETNA MEDICAL PLUS PRETAX | 216.39 | 1,731.16 |
| | | | | UNITED HEALTHCARE PPOP | 5.33 | 42.64 |
| | | | | BLOCK VISION PRETAX | .53 | 4.28 |
| | | | | PRUD. TERM LIFE ADD. PRETAX | 13.97 | 111.80 |
| | | | | LT DISA-CIGNA | 9.12 | 73.00 |
| | | | | LOCAL 154 AFL-CIO | 17.50 | 105.00 |
| | | | | Co. Of Police & Sheriffs, Inc | 15.97 | 95.85 |
| | | | | H.C. FEDERAL CREDIT UNION | 155.00 | 930.00 |

| | Taxable | FICA | | Earnings | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current Totals: | 2,113.16 | 2,263.12 | | 2,499.34 | 1,132.45 | 1,366.89 |
| Year To Date Totals: | 18,307.40 | 19,580.27 | | 21,470.15 | 9,101.65 | 12,368.50 |