# COMPLAINT

# EXHIBIT 12

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| | __x__ FEPA<br>__X__ EEOC | |

Texas Workforce Commission, _____ and EEOC
_State or local Agency, if any_

| Name (indicate Mr. Ms. Mrs.) | | |
|---|---|---|
| Robert E. Moss | Home Phone (Incl. Area Code)<br>281.658.6677 | Date of Birth<br>5-3-1955 |
| Street Address<br>10615 Psencik; Richmond, TX 77469 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>Harris County, Constable Alan Rosen | No. Employees, Members<br>15+ | Phone No. (Include Area Code)<br>713-755-5200 |
|---|---|---|
| Street Address<br>Constable Alan Rosen; Precinct One, 1302 Preston, 3rd Fl.; Houston Texas 77002 | City, State and ZIP Code | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br><br>__ RACE __ COLOR __ SEX __ RELIGION __ NATIONAL ORIGIN<br><br>_X_ RETALIATION __ AGE _X_ DISABILITY __ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest       Latest<br>4/16/13<br><br>_X_ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I am a former Deputy for Harris County Constable Precinct 1. I have a disability due to a back injury. While I was on approved medical leave due to my disability, Constable Rosen terminated my employment, effective April 16, 2013, although I had not exhausted my sick leave and continued to receive pay after my termination date. Constable Rosen and Harris County then stated that I had not been honorably discharged because I had performance problems due to my failure to return to work, although my doctor had not approved my return to work and I followed Harris County procedure in reporting my ongoing medical leave. No accommodation was offered for my disability, and I was not permitted to take unpaid leave although permitted under Harris County policy. I also lost the opportunity to continue to receive health benefits during my leave period, and lost the opportunity to receive retiree benefits. Constable Rosen and Harris County discriminated and retaliated against me for having a disability, taking disability and medical leave, requesting reasonable accommodation for my disability and requesting disability benefits.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLANANT<br><br>_Robt E Moss_ |
| _10-15-2013_                    _Robt E Moss_<br>Date               Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |



LINDA SKROVE
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
DEC. 16, 2014

_Linda Skrove_