**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ROBERT E. MOSS,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:14-CV-** |
| **HARRIS COUNTY; HARRIS** | § | **02180** |
| **COUNTY** | § | |
| **CONSTABLE PRECINCT ONE;** | § | |
| **AND** | § | |
| **ALAN ROSEN, CONSTABLE,** | § | |
| **HARRIS COUNTY CONSTABLE** | § | |
| **PRECINCT ONE** | § | |
| *Defendants*. | § | |

**DEFENDANT HARRIS COUNTY'S MOTION FOR
SUMMARY JUDGMENT**

Defendant Harris County[1] ("the County") moves this Court to grant summary judgment under Federal Rule of Civil Procedure 56(c) and would respectfully show the Court as follows:

1.    For the reasons more fully discussed in the County's contemporaneously filed Memorandum in Support of Motion for Summary Judgment, and further based on the pleadings and other documents on file, the County is entitled to summary judgment on Plaintiff's claims **as a matter of law**.

2.    More specifically, as fully discussed in the Memorandum and demonstrated

---

[1]    Harris County Constable Precinct One is not a separate juridical entity subject to suit.  *See Darby v. City of Pasadena*, 939 F.2d 311 (5th Cir. 1991).

in the cited authorities and supporting evidence, the law precludes and the evidence disproves any claim of deprivation of constitutional rights asserted under 42 U.S.C. § 1983, any claimed violation of the Americans with Disabilities Act, and any claimed violation of Texas state law.  Summary dismissal is appropriate as a matter of law in this case.

3.     Accordingly, the Harris County prays that the Court grant its Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and that judgment be entered against Plaintiff dismissing all of his claims with prejudice and ordering that Plaintiff take nothing from the City by way of this lawsuit.  Defendant further prays that the Court award all costs and any other relief to which it is justly entitled.

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE WILLIAMS & AUGHTRY**

/s/ *William S. Helfand*

WILLIAM S. HELFAND – Atty. in Charge
SBOT: 09388250
william.helfand@chamberlainlaw.com
CHARLES T. JEREMIAH
SBOT: 00784338
charles.jeremiah@chamberlainlaw.com
1200 Smith Street, Suite1400
Houston, Texas 77002
(713) 658-1818
(713) 658-2553 (facsimile)
**ATTORNEYS FOR DEFENDANT, HARRIS COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record in accordance with the District's ECF service rules on this 23rd day of October, 2015.

Karen G. Shropshire
Greer, Scott & Shropshire, LLP
300 Preston Commons West
8117 Preston Road
Dallas, Texas 75225
Kshropshire@greerscottlaw.com

Lawrence B. Greer
Greer, Scott & Shropshire, LLP
6363 Woodway Drive, Suite 810
Houston, Texas 77057

Nick Turner
Harris County Attorney's Office
7701 Wilshire Place Drive
Houston, Texas  77040

*/s/ Charles T. Jeremiah*

2010461_1.docx